1
2
3
4
5
6
7

## JS-6

8          UNITED STATES DISTRICT COURT

9       FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 EXCELL PROD, INC., a corporation and<br>11 FRESH PLUS, INC., a corporation, | CASE NO.  cv13-02387-R (JCx) |
| 12                     Plaintiffs, | |
| 13          v. | **JUDGMENT AGAINST ALL DEFENDANTS** |
| 14 KOSHAN, INC., a corporation d/b/a<br>PAYLESS FOODS, also d/b/a BARGAIN<br>15 FOODS; RODD, INC., a corporation; S B<br>16 MART, INC., a corporation; FRANK<br>HENDIZADEH, a/k/a FRANK<br>17 HENDIZADEH RODD, an individual;<br>BEHNAM HENDIZADEH, a/k/a<br>18 BEHNAM HENDIZADEH RODD, an<br>19 individual; MEHRDAD KHOSHBIN, an<br>individual; BIJAN HENDIZADEH a/k/a<br>20 BIJAN HENDIZADEH RODD, an<br>21 individual; SAMI KHOSHBIN, an<br>individual,<br>22<br>23                     Defendants. | |

24
25

26      Having read and considered the Stipulation for Entry of Judgment submitted by

27 Plaintiffs EXCELL PROD, INC. ("Excell") and FRESH PLUS, INC. ("Fresh Plus")

28 (collectively referred to herein as "Plaintiffs") and KOSHAN, INC. ("Koshan"), a

corporation doing business as PAYLESS FOODS and BARGAIN FOODS,  RODD,

1

INC. ("Rodd"),  a corporation, S B MART, INC. ("S B Mart"), a corporation, FRANK HENDIZADEH, a/k/a FRANK HENDIZADEH RODD ("FHR"), an individual, BEHNAM HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD ("BHR"), an individual, MEHRDAD KHOSHBIN ("MK"), an individual, BIJAN HENDIZADEH a/k/a BIJAN HENDIZADEH RODD ("BHR"), an individual, and SAMI KHOSHBIN ("SK") an individual, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants KOSHAN, INC., a corporation doing business as PAYLESS FOODS and BARGAIN FOODS,  RODD, INC.,  a corporation, S B MART, INC., a corporation, FRANK  HENDIZADEH,  a/k/a  FRANK  HENDIZADEH  RODD,  an  individual, BEHNAM HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD, an individual, MEHRDAD  KHOSHBIN,  an  individual,  BIJAN  HENDIZADEH  a/k/a  BIJAN HENDIZADEH RODD, an individual and SAMI KHOSHBIN, an individual, jointly and severally, in the total amount of $29,140.66, all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.], itemized as follows:

1.    Principal in the cumulative total amount of $26,430.00 (itemized as $3,586.00 due to Excell and $22,844.00 due to Fresh Plus).

2.    Finance charges due from the date each payment fell due through January 11, 2013 in the total amount of $1,335.66 (itemized as $162.95 due to Excell and $1,172.71 due to Fresh Plus).

3.    Attorneys' fees in the amount of $1,375.00.

///

///

///

2

1       Plaintiffs are further entitled to recover finance charges from January 11, 2013 at

2   the rate of 10% per annum on all unpaid principal sums due under this judgment until

3   fully paid.

4       All judgment amounts qualify for trust protection under the trust provisions of

5   Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*],

6       The Clerk shall enter judgment forthwith.

7

8

9   DATED: April 9, 2013     _____

                        HON. MANUEL L. REAL

10                          U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28