JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCELL PROD, INC., a corporation and FRESH PLUS, INC., a corporation, <br><br>              Plaintiffs, <br><br>     v. <br><br>KOSHAN, INC., a corporation d/b/a PAYLESS FOODS, also d/b/a BARGAIN FOODS; RODD, INC., a corporation; S B MART, INC., a corporation; FRANK HENDIZADEH, a/k/a FRANK HENDIZADEH RODD, an individual; BEHNAM HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD, an individual; MEHRDAD KHOSHBIN, an individual; BIJAN HENDIZADEH a/k/a BIJAN HENDIZADEH RODD, an individual; SAMI KHOSHBIN, an individual, <br><br>              Defendants. | CASE NO.  cv13-02387-R (JCx) <br><br>**JUDGMENT AGAINST ALL DEFENDANTS** |

Having read and considered the Stipulation for Entry of Judgment submitted by Plaintiffs EXCELL PROD, INC. ("Excell") and FRESH PLUS, INC. ("Fresh Plus") (collectively referred to herein as "Plaintiffs") and KOSHAN, INC. ("Koshan"), a corporation doing business as PAYLESS FOODS and BARGAIN FOODS,  RODD,

1

INC. ("Rodd"), a corporation, S B MART, INC. ("S B Mart"), a corporation, FRANK HENDIZADEH, a/k/a FRANK HENDIZADEH RODD ("FHR"), an individual, BEHNAM HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD ("BHR"), an individual, MEHRDAD KHOSHBIN ("MK"), an individual, BIJAN HENDIZADEH a/k/a BIJAN HENDIZADEH RODD ("BHR"), an individual, and SAMI KHOSHBIN ("SK") an individual, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants KOSHAN, INC., a corporation doing business as PAYLESS FOODS and BARGAIN FOODS, RODD, INC., a corporation, S B MART, INC., a corporation, FRANK HENDIZADEH, a/k/a FRANK HENDIZADEH RODD, an individual, BEHNAM HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD, an individual, MEHRDAD KHOSHBIN, an individual, BIJAN HENDIZADEH a/k/a BIJAN HENDIZADEH RODD, an individual and SAMI KHOSHBIN, an individual, jointly and severally, in the total amount of $29,140.66, all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.], itemized as follows:

1. Principal in the cumulative total amount of $26,430.00 (itemized as $3,586.00 due to Excell and $22,844.00 due to Fresh Plus).

2. Finance charges due from the date each payment fell due through January 11, 2013 in the total amount of $1,335.66 (itemized as $162.95 due to Excell and $1,172.71 due to Fresh Plus).

3. Attorneys' fees in the amount of $1,375.00.

///
///
///

1        Plaintiffs are further entitled to recover finance charges from January 11, 2013 at
2   the rate of 10% per annum on all unpaid principal sums due under this judgment until
3   fully paid.
4        All judgment amounts qualify for trust protection under the trust provisions of
5   Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*],
6        The Clerk shall enter judgment forthwith.

DATED: April 9, 2013             _____
                                 HON. MANUEL L. REAL
                                 U.S. DISTRICT COURT JUDGE